# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WORKDAY, INC., §<br>　　Plaintiff, §<br>§<br>v. §<br>§<br>MOHAMMAD KHAN, JABER HUSSAIN, §<br>SANJAY KUMAR, AZIZ MOHAMMAD, §<br>J.B. SOFTWARE AND CONSULTING, INC. §<br>and WORKDAY INTEGRATIONS, §<br>　　Defendants. § | Civil Action No.  4:17-CV-00299<br>(Judge Mazzant/Judge Johnson) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.  On June 26, 2017, the report of the Magistrate Judge (Dkt. #4) was entered containing proposed findings of fact and recommendations that Plaintiff Workday, Inc.'s ("Plaintiff") Motion to Approve Consent Decree be GRANTED and that final judgment of the Consent Decree be entered.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Motion to Approve Consent Decree (Dkt. #3) is **GRANTED,** and a final judgment of the Consent Decree shall be entered.

**It is SO ORDERED**.

**SIGNED this 13th day of July, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE